

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jimy Ruiz, individually and on behalf of all those similarly situated; Allan Wong, individually and on behalf of all those similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, a Delaware limited liability company doing business as Haleon<br><br>**Defendant.** | Civil Action No.  24-cv-01706-L-BJC<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court now DISMISSES this action and DENIES Plaintiff's motion to remand as moot.

Date:  10/8/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ B. Chandler

B. Chandler, Deputy